# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --            )

                                 )

EM Photonics, Inc.              )      ASBCA Nos. 60487, 60650

                                 )

Under Contract No. FA9550-08-C-0019    )

APPEARANCE FOR THE APPELLANT:         Stephen E. Ruscus, Esq.
                                             Morgan, Lewis & Bockius LLP
                                             Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
                                             DCMA Chief Trial Attorney
                                             Kara M. Klaas, Esq.
                                             Trial Attorney
                                             Defense Contract Management Agency
                                             Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 16 February 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60487, 60650, Appeals of EM Photonics, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals